**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **S&F Home Health Opco I, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  American Homecare Health Services** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-4581695** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7447 Sepulveda Blvd.** <br> **Van Nuys, CA 91405** <br> Number, Street, City, State & ZIP Code | **700 N. Central Ave., Suite 200** <br> **Glendale, CA 91203** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **700 N. Central Ave., Suite 200 Glendale, CA 91203** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | **S&F Home Health Opco I, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____6231____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | | | |
|---|---|---|---|
| District | | When | Case number |
| District | | When | Case number |

Debtor    **S&F Home Health Opco I, LLC**                                    Case number *(if known)*
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment**                              Relationship    _____

District    _____    When    _____    Case number, if known    _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

         Contact name    _____

         Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    __S&F Home Health Opco I, LLC__                                           Case number (*if known*) _____
                Name

**16.   Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                                  ☑ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Hospice Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Market Street Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Care Center National City, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor El Camino Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elmhaven Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Terrace Healthcare, LLC **(LEAD CASE)** | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

| Debtor | **S&F Home Health Opco I, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**
             MM / DD / YYYY

X    *A Tress*                              **Avrohom Tress**
     Signature of authorized representative of debtor    Printed name

Title    **Manager**

---

**18. Signature of attorney**

X    _____    Date    **August 23, 2023**
     Signature of attorney for debtor              MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address    **rb@lnbyg.com**

**143364 CA**
Bar number and State

**S&F HOME HEALTH OPCO I, LLC**
**MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of S&F Home Health Opco I, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary. Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court. AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_____
AVROHOM TRESS

**Fill in this information to identify the case:**

Debtor name    **S&F Home Health Opco I, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐   *Schedule H: Codebtors (Official Form 206H)*
☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**     X    *A Tress*
                                             Signature of individual signing on behalf of debtor

                                             **Avrohom Tress**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **S&F Home Health Opco I, LLC** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| OASIS AUDITS 3525 BURNT PINE LANE MIRAMAR BEACH, FL 32550 | | | | | | $11,450.00 |
| STRATEGIC HEALTH CARE PROGRAMS LLC 23801 CALABASAS ROAD SUITE 2032 CALABASAS, CA 91302 | | | | | | $8,825.90 |
| A LIST THERAPY GROUP, LLC 6677 SANTA MONICA BLVD LOS ANGELES, CA 90038-1311 | | | | | | $6,720.00 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $6,248.88 |
| DOCUSIGN INC 221 MAIN ST STE 1000 SAN FRANCISCO, CA 94105 | | | | | | $4,916.25 |
| DJK COUNSEL LTD 1925 CENTURAY PARK EAST STE 810 LOS ANGELES, CA 90067 | | | | | | $4,259.87 |

Debtor __S&F Home Health Opco I, LLC__          Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WILSHIRE MANAGEMENT SERVICES INC 6308 N. 13TH PL. PHOENIX, AZ 85014 | | | | | | $3,393.63 |
| AXIOM HEALTHCARE GROUP 2351 SUNSET BLVD STE 170-897 ROCKLIN, CA 95765 | | | | | | $2,600.00 |
| BHARDWAJ ASHWANI MD 25954 WELLINGTON COURT CALABASAS, CA 91302 | | | | | | $2,500.00 |
| FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257 | | | | | | $2,400.00 |
| FELDCARE CONNECTS 31248 OAK CREST DR. WESTLAKE VILLAGE, CA 91361 | | | | | | $2,330.00 |
| AT&T P.O. BOX 6463 CAROL STREAM, IL 60197-6463 | | | | | | $2,046.01 |
| FLYERWORKS 6052 SAN FERNANDO ROAD GLENDALE, CA 91202 | | | | | | $1,378.13 |
| FORCURA P.O. BOX 122132 DALLAS, TX 75312-2132 | | | | | | $1,230.34 |
| RICOH USA INC P.O. BOX 31001-0850 PASADENA, CA 91110-0850 | | | | | | $881.84 |
| SHANNON ROBERTS 3007 S. PACIFIC YUMA, AZ 85364 | | | | | | $591.94 |

| Debtor | **S&F Home Health Opco I, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HARRIS STATIONERS INC 8441 Canoga Avenue Canoga Park, CA 91304 | | | | | | $554.41 |
| QUALITY PT HOME CARE 219 INDUSTRIAL DR RIDGELAND, MS 39157 | | | | | | $485.00 |
| CERTIPHI SCREENING INC PO BOX 1675 SOUTHAMPTON, PA 18966 | | | | | | $387.55 |
| 21TH CENTURY WEB GALA 15 LINK ROAD SADAR MAHARASHTRA, INDIA | | | | | | $387.50 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>rb@lnbyg.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re:<br><br>    **S&F Home Health Opco I, LLC** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| <br><br><br>                                     Debtor(s). | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 23, 2023**_____        _____*A Tress*_____
                                                    Signature of Debtor 1

Date: _____        _____
                                                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____        _____
                                                    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

S&F Home Health Opco I, LLC
700 N. Central Ave., Suite 200
Glendale, CA 91203


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


A LIST THERAPY GROUP, LLC
6677 SANTA MONICA BLVD
LOS ANGELES, CA 90038-1311


AARRIS HOMECARE
3002 MIDVALE AVENEU #210
LOS ANGELES, ca 90034-3418


ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


ANA JUMAMOY
28922 MIRADA CIRCULO
VALENCIA, CA 91354

AT&T
P.O. BOX 6463
CAROL STREAM, IL 60197-6463


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD, STE 170-897
ROCKLIN, CA 95765


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765


BHARDWAJ ASHWANI MD
25954 WELLINGTON COURT
CALABASAS, CA 91302


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434


California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013

California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013


CATHERINE J GADALLAH
100 ATLANTIC AVE. #205
LONG BEACH, CA 90802


CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207


CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966


CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065


COMMERICAL ENERGY OF CALIFORNIA
PO BOX 15040
SACRAMENTO, CA 95851


CONCORDE COMMUNICATIIONS
P.O. BOX 844174
LOS ANGELES, CA 90084-4174

CORODATA RECORDS MANAGEMENT INC
PO BOX 842638
LOS ANGELES, CA 90084-2638


CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DJK COUNSEL LTD
1925 CENTURAY PARK EAST STE 810
LOS ANGELES, CA 90067


DOCUSIGN INC
PO BOX 735445
DALLAS, TX 75373-5445

```
DOCUSIGN INC
221 MAIN ST
STE 1000
SAN FRANCISCO, CA 94105


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


FELDCARE CONNECTS
31248 OAK CREST DR.
WESTLAKE VILLAGE, CA 91361


FLYERWORKS
6052 SAN FERNANDO ROAD
GLENDALE, CA 91202


FORCURA
P.O. BOX 122132
DALLAS, TX 75312-2132


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0531
```

HARRIS STATIONERS INC
7100 VALJEAN AVENUE
VAN NUYS, CA 91406


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105


IRON MOUNTAIN
PO BOX 601002
PASADENA, CA 91189-1002


IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189-1002


JO-DAN
1850 EAST 17TH STREET
SUITE 111
SANTA ANA, CA 92705


JO-DAN
1850 E. 17TH ST.
SUITE 111
SANTA ANA, CA 92705

KANRAD TECHNOLOGIES INC
4340 STEVENS CREEK BLVD # 162
SAN JOSE, CA 95129


LANGUAGE LINE SERVICES
PO BOX 202564
DALLAS, TX 75320


LANGUAGE LINE SERVICES
P.O. BOX 202564
DALLAS, TX 75320


LAZ PARKING CALIFORNIA LLC
P.O. BOX 845653
LOS ANGELES, CA 90084-5653


LLAMAS, LESTER
7345 ALPINE WAY
TUJUNGA, CA 91042


LOS ANGELES COUNTY TAX COLLECT
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

MAYUR C. PATEL MD AMC
2625 W. ALEMEDA AVE #806
BURBANK, CA 91505


MCKESSON MEDICAL SURGICAL
MINNESOTA SUPPLY INC.
8121 10TH AVE N
GOLDEN VALLEY, MN 55427


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693


MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891


NAWA DOLKER
6200 HOLLYWOOD BLVD #2520
LOS ANGELES, CA 90028


OASIS AUDITS
3525 BURNT PINE LANE
MIRAMAR BEACH, FL 32550


OCCUPATIONAL HEALTH CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA 91729

PROVIDENCE FACILITY CLAIMS-SPA BUILDING
11165 SEPULVEDA BLVD
MISSION HILLS, CA 91345

QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM, IL 60197

QUADIENT FINANCE USA INC
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682

QUALITY PT HOME CARE
19849 NORDHOFF STREET
SUITE 204
NORTHRIDGE, CA 91324

QUALITY PT HOME CARE
219 INDUSTRIAL DR
RIDGELAND, MS 39157

QUEST DIAGNOSTICS
PO BOX 912411
PASADENA, CA 91110

QUEST DIAGNOSTICS
P.O. 740987
CINCINNATI, OH 45274

RICOH USA INC
P.O. BOX 31001-0850
PASADENA, CA 91110-0850

SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205


Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


SHANNON ROBERTS
1561 1/2 GRANDOLA AVE
LOS ANGELES, CA 90041


SHANNON ROBERTS
3007 S. PACIFIC
YUMA, AZ 85364


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


STRATEGIC HEALTH CARE PROGRAMS LLC
P.O. BOX 101019
ATLANTA, GA 30392-1019


STRATEGIC HEALTH CARE PROGRAMS LLC
23801 CALABASAS ROAD
SUITE 2032
CALABASAS, CA 91302

WELLSKY CORPORATION
11300 SWITZER RD
OVERLAND PARK, KS 66210

WILSHIRE MANAGEMENT SERVICES INC
285 SOUTH STREET SUITE J
SAN LUIS OBISPO, CA 93401

WILSHIRE MANAGEMENT SERVICES INC
6308 N. 13TH PL.
PHOENIX, AZ 85014

YECIKA CUMATZ
14307 SAN JOSE STREET
MISSION HILLS, CA 91345

YECIKA CUMATZ
14307 SAN JOSE ST
MISSION HILLS, CA 91345